IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DANIEL GENE GREGORY,

        Plaintiff,

v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

        Defendant.

No. 6:17-cv-00167-PK

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge Paul Papak issued a Findings and Recommendation [22] on March 12, 2018, in which he recommends that the Court affirm the Commissioner's final decision denying Mr. Gregory's application for disability insurance benefits and social security insurance.

    Because neither party timely filed an objection to the Magistrate Judge's Findings and Recommendation, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v.*

*Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Papak's Findings & Recommendation [22]. Accordingly, the Commissioner's final decision denying Mr. Gregory's application for disability insurance benefits and social security insurance is affirmed.

IT IS SO ORDERED.

DATED this 24 day of APRIL, 2018.

MARCO A. HERNÁNDEZ
United States District Judge